HENRY WILLIAMS v. STATE.

No. A-3157.  Opinion Filed April 5, 1919.

Appeal from Superior Court, Muskogee County;

H. C. Thurman, Judge.

Henry Williams was found guilty of the unlawful possession of intoxicating liquors, and his punishment fixed at a fine of $50 and imprisonment for thirty days, and he appeals. Affirmed.

PER CURIAM. This appeal has been pending in this court since the 28th day of September, 1917. No brief has been filed in behalf of plaintiff in error, and no appearance was made by counsel for plaintiff in error to orally argue the cause when the case was submitted on April —, 1919.

The court has examined the information, the instructions, and the judgment. No fundamental error appearing, the judgment is affirmed.